IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIA KLIMENKO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SOLUTIONS, LLC, a Nebraska Corporation,<br><br>Defendant. | No. 2:24-cv-01414-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CHANGE VENUE |

This matter comes before the Court on Defendant's Motion to Change Venue. Dkt. # 18. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons briefed by Defendant, the Court GRANTS the motion to transfer venue pursuant to 28 U.S.C. § 1404(a). The Court DIRECTS the Clerk to transfer this case to the District of Nebraska.

DATED this 10th day of January, 2025.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO CHANGE
VENUE - 1
(Case No. 2:24-cv-01414 JHC)