IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATALIA KLIMENKO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL SOLUTIONS, LLC, a Nebraska corporation;<br><br>Defendant. | **8:25CV31**<br><br><br>**ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims. Filing No. 39.

Accordingly,

IT IS ORDERED:

1) On or before **April 17, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) The deadlines set out by this Court and all additional deadlines outlined in the local and Federal Civil rules are stayed pending further order of the Court.

3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

4) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of March, 2025.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge